UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Canada Omar Arten,

    Petitioner,

v.

                                          ORDER
                                          Civil No. 17-5436 (MJD)

Jefferson Sessions, Attorney General
of the United States, Thomas Homan, Director
of Immigration and Customs Enforcement,
Scott Banieke, U.S. ICE Field Office Director
for Bloomington, Minnesota, Mark J. Moore,
Director of Krome Service Processing Center;
and Elaine C. Duke, Acting Secretary,
Department of Homeland Security,

    Respondents.

_____

    Rachel Peterson, Rachel Peterson Law Office, Counsel for Petitioner.

    Ana H. Voss and Ann M. Bildtsen, Assistant United States Attorneys, Counsel for Respondent.

_____

    This matter is before the Court on the motion of Petitioner for a temporary restraining order, enjoining and restraining Respondents from removing or causing the removal of Petitioner from the United States until the Board of Immigration Appeals ("BIA") issues a decision on the merits of the Petitioner's BIA appeal of the denial of his motion to reopen and until the Respondent files a

report from an orthopedic doctor and accompanying x-rays and medical records indicating that Petitioner's fractured bone has healed and obtains court approval to proceed with removal.

A hearing was held on December 15, 2017.

Based on the files, record and proceedings herein and the submissions of counsel,

IT IS HEREBY ORDERED that this matter is continued and the motion for injunctive relief is referred to Magistrate Judge David Schultz for Report and Recommendation.  During the pendency of this motion, the government is enjoined from removing Petitioner and that he shall remain in the Krome North Detention Center in Miami, Florida until further order of this Court.

Date:   December 15, 2017

s/ Michael J. Davis  
Michael J. Davis  
United States District Court